James D. Claytor, Esq., SBN. 53350
FOLEY McINTOSH FREY & CLAYTOR
Professional Corporation
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549
Telephone (925) 284-3020
Fax: (925) 284-3029
Email: jclaytor@foleymcintosh.com

Attorneys for Plaintiff
Old Republic Home Protection Co, Inc.

ORIGINAL
F I L E D

MAR 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLD REPUBLIC HOME PROTECTION CO, INC., a California Corporation

Plaintiff,

vs.

CHW GROUP INC, a New Jersey Corporation, doing business as CHOICE HOME WARRANTY; Does 1 to 100

Defendant.

Case No. **C10-01079**

COMPLAINT

SBA

ADR

Plaintiff Old Republic Home Protection Co., Inc. ("ORHP") hereby asserts this Complaint against Defendant CHW Group Inc., a New Jersey Corporation doing business as Choice Home Warranty ("Choice Home Warranty") for: **(1)** trademark infringement pursuant to 15 USC Section 1141; **(2)** unfair competition under Section 43(a) of the Lanham Act, 15 USC §1125(a); **(3)** dilution of service mark pursuant to 15 USC Section 1125(c) **(4)** trade name infringement in violation of California Business and Professions Code Sections 14411 14417, and **(5)** unfair competition in violation of California Business and Professions Code § 17200 et seq. Plaintiff seeks damages and

injunctive relief against Defendants, in addition to the other relief described herein.

### Jurisdiction

1.      This Court has jurisdiction under 15 USC §§ 1121, 1125, 1331, and 1338(a), and 28 USC §§ 1331, 1332, 1338(a), and 1338(b).  Jurisdiction over the state law claims is also appropriate under principles of ancillary jurisdiction, 28 USC Section 1367(a).

2.      Venue is proper under 28 USC §1391(b) and the California Long Arm Statute, California Code of Civil Procedure § 410.10.

### Parties

3.      ORHP is a corporation organized and existing under the laws of the State of California with a principal place of business at 2 Annabel Lane, #112, San Ramon, California, 94583.

4.      Choice Home Warranty is a New Jersey Corporation. As a part of its business it operates an interactive website where it solicits consumers to purchase home warranty plans from it.  Choice Home Warranty's site directs electronic activity into the state of California with the intent of engaging in business in this state, for example, Choice Home Warranty accepts applications through its website from California residents for home warranty policies issued by Defendant.

5.      Choice Home Warranty has substantially and purposefully directed its tortious activity, as described hereinafter, to and within the State of California and therefore there are sufficient minimum contacts between Choice Home Warranty and the State of California to warrant the imposition of personal jurisdiction over this Defendant within this judicial district.

6.      The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants named in this action as DOES 1 through 100, are unknown to

1   Plaintiff, who therefore sues these Defendants by such fictitious names; Plaintiff will

2   amend this Complaint to show the true names of the fictitiously named Defendants when

3   they have been ascertained.

4       7.      ORHP is informed and believes, and thereon alleges, that each of these

5   fictitiously named Defendants is responsible in some form or manner for the acts or

6   omissions therein alleged, and that ORHP's damages as herein alleged were proximately

7   caused by said acts or omissions.

8       8.      ORHP is informed and believes, and thereon alleges, that a unity of interest

9   exists between Choice Home Warranty and the other Defendants and the remaining

10  Defendants s such that each is the alter ego of the other.

11

12                        FIRST CAUSE OF ACTION

13  TRADEMARK AND SERVICEMARK INFRINGEMENT [15 USC § 1141(1)]

14

15      9.      ORHP is, and at all times mentioned herein has been, engaged in the

16  business of offering home warranty plans for consumers who reside in California as well

17  as over forty (40) other states.

18      10.     ORHP adopted the name Old Republic Home Protection Co, Inc as its

19  corporate and trade name on May 22, 1974, and has continuously done business in

20  interstate commerce since that date under the same name.  ORHP is a wholly owned

21  subsidiary of Old Republic International, a Delaware Corporation; Old Republic

22  International registered the service mark "Old Republic" on September 21, 1992.  ORHP

23  has the express consent of its parent company to use the service mark "Old Republic" in

24  connection with Plaintiff's trade and business of offering for sale home warranty plans.

25  Because ORHP has the express consent to use the trade mark "Old Republic", it has

26  standing to assert a claim under Section 43 (a) of the Lanham Act, 15 USC Section 1125

27  (a) as it is a person who "is likely to be damaged" by Choice Home Warranty's acting as

28  alleged.

11.    ORHP's home warranty plans are extensively advertised in a variety of ways, and ORHP's trade name and the trade mark "Old Republic" are prominently shown in its advertisements.

12.    Over at least the past twenty five (5) years ORHP has spent significant sums in advertising and promoting the sale of its home warranty plans using ORHP's corporate name, trade name, and the service mark "Old Republic" (or variations thereof) in connection with the marketing and sale of home warranty plans throughout the United States. As a result, this trade name and this service mark have become famous as that term is defined in the relevant federal law.

13.    ORHP's trade name and the service mark "Old Republic" enjoy an excellent reputation in the field of home warranties, and because of that, ORHP has built up valuable goodwill in its name and the service mark.  ORHP's extensive use and promotion of its trade name and the service mark "Old Republic" has made them well known, identifying and distinguishing the home warranties which ORHP offers from those of others, and thus the service mark "Old Republic" has acquired a secondary meaning in connection with home warranty plans.

14.    Defendants are not and never have been authorized by ORHP, and are not and have never been entitled, to use ORHP's trade name or the service mark "Old Republic".

15.    When a user enters the name "Old Republic Home Warranty" into the Google search engine, the screen attached hereto as Exhibit A and incorporated by reference as if fully set forth herein appears.

16.    First in order on the "results" portion of exhibit A is the following:

"Old Republic Home Warranties          Sponsored Link
www.ChoiceHomewarranty.com          AC, Heating, Plumbing,
Water Heater Get Your Free Warranty Quote Today"

17.    When the user "clicks" on the phrase "Old Republic Home Warranties" on Exhibit A, the user is not directed to ORHP's website, ORHP.com, but instead the user is

1  automatically linked to the home page for Choice Home Warranty.  A true and correct
2  copy of Choice Home Warranty's home page is attached hereto as Exhibit B and is
3  incorporated by reference as if fully set forth herein.

4    **18.**    Choice Home Warranty's home page contains solicitations to obtain a quote
5  for a home warranty plan from said Defendant.

6    **19.**    Choice Home Warranty's conduct as alleged heretofore constitutes a false
7  designation of origin or description and misrepresents the nature of its activities in that it
8  designates Choice Home Warranty's website and the home warranty plans that said
9  defendant offers for sale through the erroneously designated site as coming from or
10  connected with ORHP.

11    **20.**    Choice Home Warranty's commercial use of ORHP's trade name and the
12  service mark "Old Republic" in the manner alleged herein constitutes (i) a false designation
13  of origin and/or false misrepresentation that is likely to cause confusion or mistake or to
14  deceive California consumers as to the affiliation, connection, or association of said
15  Defendant with ORHP; or (ii) as to whether ORHP sponsors, approves or authorizes
16  Choice Home Warranty's services or is otherwise connected to it.

17    **21.**    By engaging in the conduct alleged herein, Choice Home warranty has acted
18  and continues to act in violation of 15 USC §1114(1).

19    **22.**    As a proximate result of advantage accruing to Choice Home Warranty's
20  business from said defendant's misappropriation of ORHP's advertising, sales, and
21  consumer recognition, and as a proximate result of confusion, deception, or mistake, or a
22  combination thereof caused by Choice Home Warranty's infringement, ORHP has been
23  deprived of the value of its trade name and the service mark, and has been damaged in an
24  amount to be determined at trial.

25    **23.**    The aforesaid conduct of Choice Home Warranty is causing ORHP
26  immediate and irreparable injury, and unless restrained by this Court by a preliminary and
27  permanent injunction, Choice Home Warranty will continue to infringe, thus engendering a
28  multiplicity of judicial proceedings, and pecuniary compensation will not afford ORHP

1    adequate relief for the damage to ORHP's in the public perception. Thus, ORHP has no

2    adequate remedy at law, and is entitled to injunctive relief as the Court may direct.

3        **24.**     On or about December 16, 2009 ORHP, through its counsel, sent Choice

4    Home Warranty a cease and desist letter demanding that said Defendant stop its infringing

5    uses of ORHP's trade name and the service mark "Old Republic". A true and correct copy

6    of such cease and desist letter is attached hereto as Exhibit C and is incorporated by

7    reference as if fully set forth herein.

8        **25.**     Choice Home Warranty's acts of infringement are willful and deliberate and

9    were done with the intent of reaping the benefit of ORHP's trade name, the service mark

10    "Old Republic".

11        **26.**     Choice Home Warranty, despite receipt of this letter failed to stop its

12    unlawful activity, therefore, Choice Home Warranty has and continues to willfully infringe

13    upon ORHP's trade name and the service mark "Old Republic", and therefore in addition

14    to any other relief to which ORHP may be entitled, the Court should award ORHP its

15    reasonable attorney's fees as provided by law.

16        WHEREFORE, ORHP prays for judgment set forth below.

17

18                    SECOND CAUSE OF ACTION

19          FEDERAL UNFAIR COMPETITION [15 USC §1125(a)]

20

21        **27.**     ORHP re-alleges paragraphs 1 through 26 as though they are set forth fully

22    herein.

23        **28.**     Choice Home Warranty's conduct as alleged heretofore constitutes a false

24    designation of origin or description and misrepresents the nature of their activities in that it

25    erroneously and explicitly designates Choice Home Warranty's services as coming from or

26    connected with ORHP.

27        **29**     Choice Home Warranty's conduct as alleged heretofore is likely to cause

28    confusion or mistake or to deceive consumers as to the affiliation, connection, or

1   association of said Defendant with ORHP and also deceive consumers into believing that

2   ORHP sponsors, approves or authorizes said Defendant's or services or is otherwise

3   connected to it.

4        **30.**   Choice Home Warranty's has engaged and continue to engage in acts of

5   unfair competition in violation of §43(a) of the Trademark Act of 1946, 15 USC §1125(a).

6        **31.**   Choice Home Warranty's acts of unfair competition are willful and

7   deliberate and were done with an intent to reap the benefit of ORHP's trade name and the

8   service mark "Old Republic".

9        **32.**   The aforesaid conduct of Choice Home Warranty is causing ORHP

10   immediate and irreparable injury and that unless restrained by this Court by a preliminary

11   and permanent injunction, Choice Home Warranty will continue to infringe ORHP's trade

12   name and the mark, thus engendering a multiplicity of judicial proceedings, and pecuniary

13   compensation will not afford ORHP adequate relief for the damage to ORHP's trade name

14   and the mark in the public perception.  ORHP therefore has no adequate remedy at law,

15   and accordingly is entitled to an injunction commanding that Choice Home Warranty

16   immediately cease its unlawful behavior.

17        WHEREFORE, ORHP prays for judgment set forth below.

18

19                THIRD CAUSE OF ACTION

             DILUTION OF TRADEMARK [15 USC §1125(c)]

20

21        **33.**   ORHP re-alleges paragraphs 1 through 32 as though they are set forth fully

22   herein.

23        **34.**   Choice Home Warranty's continued use of ORHP's trade name and the

24   service mark "Old Republic" in connection with a website (and a business) that is not

25   affiliated with or connected to ORHP has and will cause ORHP actual injury and is likely

26   to dilute the distinctive quality of ORHP's trade name and the service mark "Old Republic"

27   which have become famous as defined.

28

35.     Choice Home Warranty's use of ORHP's trade name and the service mark "Old Republic" as alleged heretofore was done with full knowledge of ORHP's prior use of the name and the mark and with full knowledge on the part of Choice Home Warranty has no authority to use said trade name or service mark; such use by said Defendant is in a manner which greatly exceeds fair use.

36.     Choice Home Warranty's conduct is for the willful and calculated purpose of unlawfully trading upon ORHP's trade name and the service mark; it is conduct which is at the expense of ORHP and at no expense to said Defendant.   By wrongly appropriating ORHP's trade name and the service mark in the manner alleged heretofore, Choice Home Warranty has been and continues to be unjustly enriched and ORHP has been and continues to be damaged.

37.     The aforementioned conduct of Choice Home Warranty constitutes dilution of trademark pursuant to 15 USC 1125(c) which has irreparably damaged and will continue to damage ORHP unless enjoined by this Court.   ORHP has no adequate remedy at law.

WHEREFORE, ORHP prays for judgment set forth below.

FOURTH CAUSE OF ACTION

STATE TRADE NAME INFRINGEMENT

[California Business & Professions Code §§ 14411-14417]

38.     ORHP re-alleges paragraphs 1 through 37, as though they are set forth fully herein.

39.     ORHP is the owner of the trade name Old Republic Home Protection Co. Inc pursuant to its above-mentioned adoption and use of the name; ORHP has the right to use the service mark "Old Republic" and therefore is afforded the protections provided for by California state law.

40.     Choice Home Warranty's continuing use of the ORHP's trade name on the Internet, constitutes an infringement of ORHP's rights in its trade name in violation of California Business and Professions Code §§ 14411 through 14417.

-8-

41.     Unless restrained by this Court, Choice Home Warranty will continue to use the trade name in violation of ORHP's rights.

WHEREFORE, ORHP prays for judgment set forth below.

## FIFTH CAUSE OF ACTION
## STATE UNFAIR COMPETITION
[California Business & Professions Code §17200]

42.     ORHP re-alleges paragraphs 1 through 41 as though they are set forth fully herein.

43.     Choice Home Warranty's continued use of ORHP's trade name and the service mark, in connection with a business that is not affiliated with or connected to ORHP, but which uses ORHP's trade name and the service mark "Old Republic" on the Internet, is likely to confuse consumers in California as to the origin, source, or sponsorship of Choice Home Warranty's services, or to cause mistake or to deceive consumers in California into believing that Choice Home Warranty's services are authorized by or affiliated with ORHP.

44.     Choice Home Warranty has used and continues to use ORHP's trade name and the service mark with full knowledge of ORHP's prior use thereof and with full knowledge that said Defendant has no authority to use said name or said mark.

45.     Choice Home Warranty's unlawful use was for the willful and calculated purpose of misappropriating and trading upon ORHP's trade name and the service mark at ORHP's expense and at no expense to said Defendant.  By wrongly appropriating ORHP's trade name and the service mark, Choice Home Warranty has and continues to be unjustly enriched, and which should be disgorged.

46.     ORHP is informed and believes and upon such information and belief alleges that Choice Home Warranty has offered to issue Home Protection Contracts to residents of

1  California as defined in California Insurance Code Section 12744 without first obtaining a
2  license from the California Department of Insurance as required by said Section 12744.

3     47.   The aforementioned conduct of Choice Home Warranty constitutes unfair
4  unlawful and/or fraudulent competition within the meaning of California Business and
5  Professions Code Section 17200 et seq., of which has and will continue to cause ORHP
6  actual damage.  In addition, because it will be not reasonably possible to calculate such
7  damage in monetary terms, the damage that ORHP has sustained cannot be adequately
8  compensated by the payment of money in that the damage to its reputation as alleged
9  heretofore is irreparable and therefore ORHP is entitled to injunctive relief in addition to
10 any award of money damages.

PRAYER

13    WHEREFORE, ORHP demands judgment as follows:

14    1.   That   Defendants,   their   agents,   franchisees,   licensees,   servants,
15 representatives, employees, attorneys, successors and assigns, and all those in active
16 concert or participation with any of them who receive notice of such judgment directly or
17 otherwise, be preliminarily and permanently enjoined from infringing on ORHP's trade
18 name or the service mark "Old Republic" and from falsely designating the origin,
19 sponsorship of or affiliation of their websites, business or services, from unfairly
20 competing with ORHP, from diluting the distinctive quality of ORHP's trade name and
21 specifically from:

22        (a)   Using any service mark, trade name, logo, business name, computer
23    address or other identifier or acting in any fashion which may be calculated to
24    falsely represent that the goods and services provided, promoted or offered by
25    Choice Home Warranty is sponsored by, authorized by, licensed by, or in any other
26    way associated with ORHP;

27        (b)   Diluting the distinctive quality of ORHP's trade name and the service
28    mark "Old Republic", including the unauthorized licensing thereof; and

-10-

      (c)     Aiding, assisting or abetting any other party in doing any act prohibited by sub-paragraphs (a) and (b) above.

**2.**     Directing such other relief as the Court may deem appropriate to prevent the public from deriving the erroneous impression that any goods or services provided by or promoted by Defendants are authorized by ORHP or related in any way to ORHP, its products or their services.

**3.**     Awarding ORHP:

      **(a)**    All of said Defendants' profits, gains and advantages derived from the unauthorized use of ORHP's trade name and the service mark "Old Republic" be trebled pursuant to 15 USC §1117;

      **(b)**    All damages sustained by ORHP by reason of said Defendants' unfair competition and that such damages be trebled pursuant to 15 USC §1117;

      **(c)**    Exemplary and punitive damages as the Court finds appropriate to deter any future willful conduct; and

      **(e)**    Interest, including pre-judgment interest, on the foregoing sums.

**4.**     Disgorgement and all other relief allowed under Business and Professions Code §17200 et seq.

**5.**     Awarding to ORHP its attorneys fees and costs.

**6.**     Such other and further relief as the Court may deem proper.

Dated: March 11, 2010

               FOLEY McINTOSH & FOLEY
               Professional Corporation

               By_____
                  JAMES D. CLAYTOR, ESQ.

COMPLAINT

**Demand for Jury Trial**

Plaintiff hereby demands a trial by jury with respect to the causes of action plead for money damages.

Dated: March 11, 2010

FOLEY McINTOSH & FOLEY
Professional Corporation


By_____
    JAMES D. CLAYTOR, ESQ.

**EXHIBIT A**



Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼        Web History | Search settings | Sign in

**Google**   republic home warranty        [ Search ]   Advanced Search

Web        Show options...        Results **1 - 10** of about **2,040,000** for **old republic home warranty**. (0.22 seconds)

### Old Republic Home Warranties                Sponsored Link
www.ChoiceHomeWarranty.com      AC, Heating, Plumbing, Water
Heater Get Your Free **Warranty** Quote Today

### Old Republic Home Protection - Home Warranty Service
**Old Republic Home Protection** - We're People Helping People.
www.orhp.com/ - Cached - Similar

    Contact us          Free Plan Quote
    Homeowners        Renew Your Home Warranty
    Request Service   Service contractors
    Toolbox           Frequently Asked Questions

    More results from orhp.com »

### HOMEOWNERS - Old Republic Home Protection - Home Warranty Service
**Old Republic Home Protection** - We're People Helping People.
www.orhp.com/index.cfm?go=**home**Owners.main -
Cached - Similar

### Old Republic Home Protection Toolbox - Home Warranty Service
Order your Home Warranty Plans; Access our innovative Marketing Tools; Receive important
e-mail communications* ... 2010 **Old Republic Home Protection**, Inc.
toolbox.orhp.com/ - Cached - Similar

### Consumer complaints about Old Republic Home Protection
**Old Republic Home Warranty** has repeatedly failed to hold up their end of the contract we
entered into. I have called repeatedly when unprofessional ...
www.consumeraffairs.com/**homeowners**/**old_republic**.html - Cached - Similar

### Old Republic Home Warranty | Home Warranty Reviews
The above premium is offered only for the first year. Rates may go up from second year
onwards.
www.**homewarranty**reviews.com/.../**old-republic-home-warranty** - Cached - Similar

### Home Warranty Company Reviews and Ratings | Home Warranty Reviews
unlike other insurances you do not get blanket coverage. The major **home warranty**
providers include First American **Home Warranty**, **Old Republic** and [...] ...
www.**homewarranty**reviews.com/reviews - Cached - Similar

### Old Republic Home Protection Creates Innovative Three-Year Home ...
Jul 16, 2009 ... SAN RAMON, Calif.--(BUSINESS WIRE)-- As authorized under Title III of the
Housing and Economic Recovery Act of 2008, the City of Phoenix has ...
www.insurancenewsnet.org/.../**Old-Republic-Home-Protection**-Creates-Innovative-Three-
Year-**Home**-Service-Contract-for-Phoenix-... - Cached - Similar

Sponsored Links

**"Top 3 Home Warranties"**
Special Report Reveals Top 3 **Home**
Warranties - *Check It Out!*
**HomeWarranty**Rankings.com

**$19 Month Home Warranty**
No pre-inspection required!
Appliances Covered regardless age.
www.Core**HomeWarranty**.com

**Old Republic Home Warranty**
Brand Names at Bargain Prices.
Find **Old Republic Home Warranty** Here.
www.pstindustrialsupply.com

See your ad here »

## BBB Review of **Old Republic Home Protection** Company in San Ramon, CA

BBB Business Reliability Report for **Old Republic Home Protection** Company in San
Ramon, CA. Business reviews, consumer complaints, and ratings for Old ...
www.bbb.org/.../**old-republic-home-protection**-company-in-san-ramon-ca-15742 -
Cached - Similar

## Old Republic Home Protection - Company Profile on LinkedIn

View the **Old Republic Home Protection** company profile on LinkedIn. See recent hires and
promotions, competitors and how you're connected to Old Republic ...
www.linkedin.com/companies/**old-republic-home-protection** - Cached - Similar

## Old Republic Home Warranty @ Pissed Consumer

**Old Republic Home Warranty** Complaints: The ORHP Plan provides coverage on heating,
electrical systems and plumbing, as well as on appliances (oven/range, ...
**old-republic-home-warranty**.pissedconsumer.com/ - Cached - Similar

Searches related to **old republic home warranty**

| | | | |
|---|---|---|---|
| **first american** home warranty | **fidelity** home warranty | **2-10** home warranty | **best** home warranty |
| **advantage** home warranty | **aon** home warranty | **allied** home warranty | **service one** home warranty |

**1** 2 3 4 5 6 7 8 9 10      **Next**

old republic home warranty      Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

**EXHIBIT B**





Questions? Call Today
**(888) 531-5403**

| Homeowners | Get a Quote | Real Estate Professionals | Service Contractors | Account Center | Contact Us |


> HOMEOWNERS
BUYERS / SELLERS


> CHW GREEN
GREEN REPLACEMENTS


> REAL ESTATE PROFESSIONALS
BROKERS & AGENTS

# Get more protection at a better price

When was the last time you thought about home warranties? Start an instant online quote to see all your options.

> Enroll for a Home Warranty Online and Save, Offer Ends Soon

### Get a FREE Instant
## Price Quote

Enter Zip Code

 START

### Member Sign-In

E-Mail Address

Contract Number

LOGIN

Call 888-531-5403          Quote Online

Get A Quote & Enter to **WIN**
# NEW KITCHEN APPLIANCES

  

**PRIZE PACKAGE INCLUDES**
• Stainless Steel Refrigerator
• Stainless Steel Electric Range
• Stainless Steel Microwave
• Stainless Steel Dishwasher

Click Here for Details.
No Purchase Necessary.
Not Available in NY, FL.

## Limited Time Offer:

**FREE Month of Coverage***

* with purchase of any single payment home warranty plan

### What is a Home Warranty?
A home warranty is a service contract that helps protect homeowners against the cost of unexpected covered repairs of their major systems and appliances that break down due to normal wear and tear.

### What if I need service?
Make one toll-free call to our Claims Department at 1-888-531-5403. Our call center is available 24 hours a day, 7 days a week, 365 days a year. You may also submit claims online.

* Click Here to view complete limits of liability and any exclusions.

| › CHW Guarantee | › Manage Your Account | › About CHW |
|---|---|---|
| We believe CHW home warranties are the most comprehensive, flexible and value-priced on the market. We do everything we can to help you get back on track - that's the difference. | • Report/check a claim<br>• View policy information<br>• Renew your contract | › CHW Green<br>› Community Commitment<br>› Career Opportunities |

**Home  |  User Agreement  |  About Us  |  Privacy Policy  |  Contact Us**
Copyright © Choice Home Warranty, 2008. All Rights Reserved

**EXHIBIT C**

# FOLEY MCINTOSH FREY & CLAYTOR

### Professional Corporation

William R. Foley
James D. Claytor
David L. Frey
D. Christian Claytor

3675 Mt. Diablo Blvd., Suite 250
Lafayette, California 94549

Phone: (925) 284-3020
Fax: (925) 284-3029

Appointments Only:
1225 Solano Avenue
Albany, California 94706

E-Mail: jclaytor@foleymcintosh.com

Of Counsel:
   Thomas J. McIntosh

December 16, 2009

Via Fax and First Class Mail

Choice Home Warranty
510 Thornall Street
Edison, NJ, 08837

Re:   Old Republic Home Protection Company, Inc.

Dear Sir or Madam:

## INTRODUCTION

We represent Old Republic Home Protection Company, Inc., a California Corporation ("Old Republic Home Protection" unless other specified), in a wide variety of legal matters.

For more than two (2) decades, Old Republic Home Protection has been in the business of providing home warranties to consumers in California; it has also provided such products to consumers throughout the nation for many years. By virtue of the fact that Old Republic Home Protection has used that name to identify its business, that name rises to the level of a trade name which receives protection under the state and federal statutes discussed hereinafter.

## SUMMARY OF ACTS OF INFRINGEMENT

Attached to this letter is a copy of a Google Search within the last 48 hours. Above the hyperlink to your website www.ChoiceHomeWarranty.com, which appears as the first listing under the search term, are the words "Old Republic Home Warranties".

EXHIBIT C
Page 1 of 8

December 16, 2009
Page 2

While the method by which you have misappropriated the trade name of Old Republic Home Protection Company Inc is still being investigated; we have no doubt that you have caused www.ChoiceHome Warranty.com to appear when a user enters the name, "Old Republic Home Warranties", either because you have included all or some portion of the name Old Republic Home Protection Company, Inc. in the text of your site, or you have buried the name in the metatags.

Your use of the name "Old Republic Home Warranties" in the manner described above, or even the use of variations thereof, patently infringes on the common law and California statutory rights of Old Republic Home Protection Company Inc because of its long-ago incorporation under that name and its years of use of that name to identify itself in the trade and business or providing home warranties.  You have also violated federal law.

Demand is hereby made upon you as follows:

You must immediately remove all references to the name "Old Republic Home Protection Warranties", and/or any confusingly misleading variation thereof, from your site, and otherwise cease and desist your misappropriation of our client's name.  Also, demand is hereby made upon you to disclose the following information regarding the operation of your site:

First, you are to state the date that you first began use of the name "ld Republic Home Protection Warranties", and/or any confusingly misleading variation thereof, in your website.

Second, you are to disclose the number of hits or clicks that you have received on your site since the first date that you began the offending use of our client's name as described above.

Third, you are to disclose the number of inquiries which you received from persons who indicated that they were attempting to locate Old Republic Home Protection's website, but instead logged on your site, and the identities of those persons making such inquiries.

A response to these demands must be received by the undersigned within seven (7) days of the date of this letter, or legal action will be instituted against you.

So that you will have an understanding of the laws that you are breaking and the severity of the penalties associated with same, you should consider the following.

EXHIBIT C
Page 2 of 8

December 16, 2009
Page 3

## TRADE NAME INFRINGEMENT

Simply put, a trade name is any name used by a person to identify his or her or its own business:

> "...trade names are "symbols" used to distinguish companies, partnerships and businesses [and]...symbolize the reputation of a business as a whole..." (*Accuride Int'l Inc. v. Accuride Corp.* (9th Cir. 1989) 871 F2d 1531, 1534)

Because of the close relationship between trade names and trade marks[1], the federal courts readily acknowledge that trade names can be protected against unlawful appropriation to the same extent as trade marks[2]. Thus, the full force of the federal Lanham Act, specifically Section 43a, can be brought to bear on those who would misuse the trade name of another.

Likewise, under California law, protection is afforded to a trade name regardless of whether or not it has been registered as a trade mark under applicable state or federal statutes--a trade name is protected from misappropriation by California's Unfair Competition Statute, Business and Professions Code Section 17200. And, when a Corporation has filed Article of Incorporation under a particular name (as Old Republic Home Protection Company Inc did years ago), there is a presumption that the corporation has the exclusive right to use the name as trade name (Business & Professions Code Section 14415).

Finally, and in addition to the above-discussed federal and state laws, the common law affords protection to a trade name (See *North Carolina Dairy Foundation v. Foremost-McKesson, Inc,* (1979) 92 Cal. App. 3d 98).

As to what need be shown to obtain relief under these state and federal laws, Section 43a of the Lanham, and its California counterpart Business and Professions Code Section 17200, prohibit

> "Any false or misleading description of fact, or false or misleading representation of fact, which....in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services or commercial activities".

---

[1] *Alpha Industries v. Alpha Steel Tube & Shapes* (1988) 846 F2d 1175)
[2] *Conagra Inc. v. Singleton* (11th Cir. 1984) 743 F. 2d 1508)

EXHIBIT C
Page 3 of 8

December 16, 2009
Page 4

Because of the broad scope of claims actionable under Section 43a (and under state law and the common law), Courts have granted relief in a wider variety of factual settings, for example, misleading statements about sponsorship or approval (*Frisch's Restaurants Inc. v. Elby's Big Boy* (6th Cir. 1982) 670 F. 2d 642).

And, in the related area of trademark infringement, the Courts have repeatedly stressed that the core element of a successful claim is a showing of as "the likelihood of confusion" as between the name used by the defendant and the name owned by the plaintiff. Thus, when the similarity of the names is likely to confuse customers about the source of the products, unlawful infringement has taken place, (*E.J. Gallo Winery v. Gallo Cattle Co.*, 967 F.2d 1280, 1290 (9th Cir. 1992)).

The fact that you have used "Old Republic Home Warranties" trade name to steer consumers to your site has resulted and will result in the average consumer being confused regarding whether or not Old Republic Home Protection Company Inc. either sponsors or is somehow affiliated with your site[3]. This conclusion is particularly strong given that you offer for sale home warranties on your site which, of course, is the same trade or business in which Old Republic Home Protection Company Inc. operates both through the real estate market and on its website.

You have thus created the kind of permanent confusion that amounts to a patent violation of the above legal authorities.

However, even if a customer was not "ultimately" confused about the source of the product by virtue of the defendant's misuse of the plaintiff's name, the Courts, including the 9th Circuit, in *Dr. Seuss Enters v. Penguin Books USA, Inc.*, 109 F.3d 1394 (9th Cir. 1997), have recognized and outlawed what is known as "initial interest confusion", i.e., infringement can be shown where the plaintiff's name is used in a manner calculated to:

> "[C]apture initial consumer attention, even though no actual sale is finally completed as a result of the confusion. . . ." *Dr. Seuss* at p. 1405. See also *Mobil Oil Corp. v. Pegasus Petroleum*, 818 F.2d 254 (2nd Cir. 1987).

---

[3] You should also know that the name "Old Republic" has long been the registered trade mark of Old Republic International Corporation, a Delaware Corporation, and your use of the name "Old Republic Home Warranties" on your website thus infringers on the trademark of Old Republic International Corporation, and since Old Republic Home Protection Company Inc, the California Corporation has the explicit consent of Old Republic International to use the name "Old Republic" (in that the latter is a wholly owned subsidiary of the former), should any action be brought against you by Old Republic Home Protection Company Inc. for misappropriation of the trade name of Old Republic, a claim for trademark infringement can be joined with same.

EXHIBIT C
Page 4 of 8

December 16, 2009
Page 5

Likewise, in *Brookfield Communications v. West Coast Entertainment Corporation,* 174 F.3d 1036 (9th Cir. 1999), the Court found that defendant West Coast Entertainment's use of "moviebuff.com" in its metatags[4], a name that the Court had found belonged to plaintiff Brookfield Communications, justified issuance of a preliminary injunction on the grounds of what the Court characterized as "initial interest confusion" on the part of those who were searching the web for Brookfield's true site, and in so doing formulated the following analogy that is applicable in this context:

> "Suppose West Coast's competitor (let's call it "Blockbuster") puts up a billboard on a highway reading— "West Coast Video: 2 miles ahead at Exit 7. Customers looking for West Coast's store will pull off at Exit 7 and drive around looking for it. Unable to locate West Coast, but seeing the Blockbuster store right by the highway entrance, they may simply rent there. Even customers who prefer West Coast may find it not worth the trouble to continue searching for West Coast since there is a Blockbuster right there. Customers are not confused in the narrow sense: they are fully aware that they are purchasing from Blockbuster and they have no reason to believe that Blockbuster is related to, or in any way sponsored by, West Coast. Nevertheless, the fact that there is only initial interest confusion does not alter the fact that Blockbuster would be misappropriating West Coast's goodwill . . ." (*Brookfield* at page 106)

Because you are using a name that is confusingly similar to our client's name, and no doubt you are doing so on purpose, and because your site offers the same service that our client offers to the public, you are, in effect, posting a "Old Republic Home Protection Company sign" on the internet "off ramp".

Thus, under the above-cited case law, it would make no difference in the eyes of the Courts that customers looking for Old Republic Home Protection Company's site (ORHP.com), who instead stumble on the site www.ChoiceHomeWarranty.com, later realize that they "got off" on the wrong off ramp. A violation of the law will have occurred in either case.

---

[4] The term metatags refers to the machine readable codes that search engines use to "locate" sites; the Courts have held that imbedding confusingly similar names in metatags is a form of trademark infringement (See, e.g., *Playboy Enters. V. Calvin Designer Label* (N.D. Cal. 1997) 985 F. Supp. 1220)

EXHIBIT C
Page 5 of 8

December 16, 2009
Page 6

## REMEDIES

The above cited Federal and state laws provide severe penalties for the illegal conduct in which you have and are engaging.

For example, not only awards of actual damages, treble damages and injunctive relief available, in appropriate cases, treble damages and attorney's fees may be awarded.   Also, since the practices you are engaging in will subject you to the jurisdiction of the Courts of the state of California, you will be subject to suit here whether the claims against you are asserted in federal or state court (1391 (b) of Title 28 of the United States Code).

## CONCLUSION

Old Republic Home Protection Company, Inc. will not tolerate infringement of its tradename, accordingly, if you do not cease immediately cease your unlawful conduct, the company will pursue a civil action against you.

As noted above, a response to this letter, indicating that the infringement of our client's marks, and its valuable name have ceased, must be received by the undersigned within seven (7) days of the date of this letter

All subsequent communication regarding this matter should be directed to the undersigned either by email, fax or mail.


Very truly yours,

FOLEY McINTOSH FREY & CLAYTOR
Professional Corporation



By: _____
     James D. Claytor

cc: Old Republic Home Protection Company, Inc.

EXHIBIT C
Page 6 of 8

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼      Web History | Search settings | Sign in

 **Google** | old republic home warranty | Search  Advanced Search

Web    Show options...    Results 1 - 10 of about **5,860,000** for **old republic home warranty**. (0.13 seconds)

**Old Republic Home** Warranties    Sponsored Links
www.ChoiceHomeWarranty.com    AC, Heating, Plumbing,
Water Heater Get Your Free **Warranty** Quote Today

**Sensible Home Warranty**
www.sensiblehomewarranty.com    AC, Plumbing, Heating...
Rated # 1 866-959-2212 Call Now! Free Quote

**$19 Month Home Warranty**
www.CoreHomeWarranty.com    No pre-inspection required!
Appliances Covered regardless age.

**Old Republic Home Protection** - Home Warranty
Service
**Old Republic Home Protection** - We're People Helping People.
www.orhp.com/ - Cached - Similar

    Homeowners      Free Plan Quote
    Contact us      Renew Your Home Warranty
    Toolbox      Service contractors
    Request Service      Frequently Asked Questions

    More results from orhp.com »

**Old Republic Home Protection** Toolbox - **Home**
**Warranty** Service
Order your Home Warranty Plans; Access our innovative
Marketing Tools; Receive important e-mail communications* ...
2009 **Old Republic Home Protection**, Inc.
toolbox.orhp.com/ - Cached - Similar

Consumer complaints about **Old Republic Home**
**Protection**
Home that we purchased came with an **Old Republic Home**
**Warranty** Protection plan. ... I called **Old Republic Home**
**Warranty** to fix a plumbing issue. ...
www.consumeraffairs.com/homeowners/old_republic.html -
Cached - Similar

**Old Republic Home Warranty** | Home Warranty
Reviews
The above premium is offered only for the first year. Rates may go
up from second year onwards.
www.homewarrantyreviews.com/.../old-republic-home-
warranty - Cached - Similar

**Old Republic Home Warranty.**
**Old Republic Home Warranty** plans are a one year protection
plan for protection against repairs that may not be covered by
home owner's insurance.
oldrepublichomewarranty.net/ - Cached

My3cents.com - **Old Republic Home Warranty** Complaint - Don't use ...

---

Sponsored Links

**Home Warranty** Plans - CA
California **Home Warranty** Plans,
California **Home Warranty** Providers
**HomeWarranty**ReviewsToday.net
California

**Home** Warranties
Compare Products, Prices & Stores.
**Home** Warranties At Low Prices.
www.Shopping.Yahoo.com

**Home Warranty** Plans - Now
California **Home Warranty** Protection
Plans, California **Home Warranty** Now
www.uhpwarranty.com
California

**HOME WARRANTY** From $..
Compare Top **Home Warranty** Sites!
**HOME WARRANTY** Monthly Prices From $
www.Ask.com

First American **Warranty**
25 yrs of expertise in warranties!
Call 888-650-2895. $19/month
**home-warranty**.firstam.com
California

**Republic Home Warranty**
Get Info On **Republic Home Warranty**
Access 10 Search Engines At Once.
www.Info.com/**RepublicHomeWarranty**

**Old Republic Home** Repair
Looking for **old republic home** repair?
We're your **home** improvement helper!
HomeImprovementHelper.net

**Old Republic Home Warranty**
Brand Names at Bargain Prices.
Find **Old Republic Home Warranty** Here.
www.pstindustrialsupply.com

EXHIBIT C
Page 7 of 8

Jun 8, 2006 ... **Old Republic Home Warranty** Consumer Review - Don't use **Old Republic Home** warranty. - Home Warranty.
www.my3cents.com › Miscellaneous › Warranty Services - Cached - Similar

### Old Republic Home Protection - Company Profile on LinkedIn
View the **Old Republic Home Protection** company profile on LinkedIn. See recent hires and promotions, competitors and how you're connected to Old Republic **...**
www.linkedin.com/companies/**old-republic-home-protection** - Cached - Similar

### BBB Review of Old Republic Home Protection Company in San Ramon, CA
BBB Business Reliability Report for **Old Republic Home Protection** Company in San Ramon, CA. Business reviews, consumer complaints, and ratings for Old **...**
www.bbb.org/.../**old-republic-home-protection**-company-in-san-ramon-ca-15742 - Cached

### OLD REPUBLIC HOME WARRANTY CO
On behalf of **Old Republic Home Protection** and its employees, we sincerely apologize for the inconvenice (sic) you have been caused and appreciate the **...**
crappycompanies.com/**oldrepublic**.html - Cached - Similar

### Old Republic Home Warranty @ Pissed Consumer
**Old Republic Home Warranty** Complaints: The ORHP Plan provides coverage on heating, electrical systems and plumbing, as well as on appliances (oven/range, **...**
**old-republic-home-warranty**.pissedconsumer.com/ - Cached - Similar

Searches related to **old republic home warranty**

| | | | |
|---|---|---|---|
| **first american** home warranty | **fidelity** home warranty | **2-10** home warranty | **best** home warranty |
| **advantage** home warranty | **aon** home warranty | **allied** home warranty | **service one** home warranty |

**1** 2 3 4 5 6 7 8 9 10    **Next**

old republic home warranty     [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

EXHIBIT C
Page 8 of 8