UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLD REPUBLIC HOME PROTECTION COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHW GROUP INC.,<br><br>Defendant. | Case No:  CV 10-01079 SBA<br><br>**ORDER** |

    Defendant has submitted a pro se request to enlarge its time to file a response to the complaint by 60 days.  Defendant requests this extension in order to afford them sufficient time to retain counsel to represent them in this action.  Plaintiff's counsel apparently has refused Defendant's request to stipulate to an extension.  Defendant should be aware that "a corporation may appear in the federal courts only through licensed counsel."  <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993).  As such, Defendant's appearance in this action must be made through an attorney.  Accordingly,

    IT IS HEREBY ORDERED THAT Defendant's request for an extension of time to file a response to the complaint is DENIED.

    IT IS SO ORDERED.

Dated: 9/14/10

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge