CHOICE
Home Warranty

FILED
JUN 2 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

June 10, 2010

United States District Court
Attn: Judge Armstrong
1301 Clay Street
Room 400 South
Oakland, California 94612

**VIA OVERNIGHT SERVICE TO COURT AND E-MAIL TO OPPOSING COUNSEL**

Re: Old Republic Home Protection Company, Inc. v. CHW Group Inc., United States District Court for the Northern District of California Case No. C-10-01079 SBA.

Dear Judge Armstrong,

This is our second attempt to contact this court to request an extension of time to file an answer to the above mentioned case. CHW Group Inc. is a small business located in the state of New Jersey, Middlesex County. We have no ties to the state of California and have been attempting to seek local counsel to represent our company in this matter that is affordable to our small business.

We respectfully request an additional 60 days to retain local counsel and file an answer.

This matter does not require immediate attention as shown in attached letter dated June 4, 2010 from opposing counsel Foley McIntosh Frey & Claytor stating "we have observed that CHW has discontinued its practice re the name Old Republic Home Warranty." As you can see the alleged damage and use of plaintiffs trademarks has ceased.

In addition, in a letter dated June 9, 2010, plaintiff entered settlement talks directly with CHW Group, Inc. and therefore an extension would be necessary so that we may continue these talks.

Therefore, we ask this court to grant the 60 day extension of time for CHW Group, Inc. to settle the case, or retain local counsel, whichever is necessary.

Thank you,

Charlie Dillon
CHW Group, Inc.
Direct: (732) 379-5301
Fax: (732) 379-5311

CHOICE HOME WARRANTY

June 1, 2010

United States District Court
Attn: Judge Armstrong
1301 Clay Street
Room 400 South
Oakland, California 94612

Re: Old Republic Home Protection Company, Inc. v. CHW Group Inc., United States District Court for the Northern District of California Case No. C-10-01079 SBA.

Dear Judge Armstrong,

We are writing the court to request an extension of time to file an answer to the above mentioned case. CHW Group Inc. is a small business located in the state of New Jersey, Middlesex County. We have no ties to the state of California and have been attempting to seek local counsel to represent our company in this matter that is affordable to our small business.

We respectfully request an additional 60 days to retain local counsel and file an answer.

Opposing counsel has ignored numerous phone calls and e-mails from that I sent request a teleconference in which I wanted to request that plaintiff agree to the extension.

Therefore, we ask this court to grant the 60 day extension of time for CHW Group, Inc. to settle the case, or retain local counsel, whichever is necessary.

Thank you,

Charlie Dillon
CHW Group, Inc.
Direct: (732) 379-5301
Fax: (732) 379-5311

CHOICE HOME WARRANTY
**510 Thornall Street • Edison, NJ 08837 • Toll Free: (888) 531-5403**

**FOLEY McINTOSH FREY & CLAYTOR**
Professional Corporation

William R. Foley
James D. Claytor
David L. Frey
D. Christian Claytor

Of Counsel:
Thomas J. McIntosh

3675 Mt. Diablo Blvd., Suite 250
Lafayette, California 94549

Phone: (925) 284-3020
Fax: (925) 284-3029

E-Mail: jclaytor@foleymcintosh.com

Appointments Only:
1225 Solano Avenue
Albany, California 94706

June 4, 2010

Via Email and First Class Mail

CHW Group Inc.
Attention: Charles Dillon
510 Thornall Street
Edison, NJ, 08837

Re: *Old Republic Home Protection Company, Inc. v. CHW Group et al, United States District Court for the Northern District of California Case No. C-10-01079 SBA*

Dear Sir:

As you know, we represent Old Republic Home Protection Co. Inc ("ORHP"), the Plaintiff in the above Complaint.

Service of the Summons and Complaint was effective on May 7, 2010 (after Choice declined to execute the waiver of service of summons form previously sent). Under the Federal Rules of Civil Procedure, a response to the Complaint will be due on Monday, June 7, 2010.

For your information, I am enclosing copies of Google searches for the name "Old Republic Home Warranty" conducted on the following dates:

December 14, 2009
January 6, 2010
January 23, 2010
February 5, 2010
February 23, 2010
March 12, 2010

A demand letter requiring that CHW discontinue its unlawful conduct was sent to you on December 16, 2009; however, as can be seen, CHW failed to cease its misappropriation of ORHP's name/mark and thus ORHP was obliged to file the Complaint March 12, 2010.

While we have observed that CHW has discontinued its practice re the name "Old Republic Home Warranty", if a search is conducted on Google under the name "oldrepublichomewarranties", Choice still appears as the first in order (See Attached copy of search conducted on May 27, 2010).

In view of the foregoing, ORHP will continue with prosecution of its Complaint, seeking, inter alia, compensatory damages, attorney's fees and injunctive relief.

Very truly yours,

FOLEY McINTOSH FREY & CLAYTOR
Professional Corporation

By: ______________________
James D. Claytor

**FOLEY MCINTOSH FREY & CLAYTOR**
Professional Corporation

William R. Foley
James D. Claytor
David L. Frey
D. Christian Claytor

Of Counsel:
Thomas J. McIntosh

3675 Mt. Diablo Blvd., Suite 250
Lafayette, California 94549

Phone: (925) 284-3020
Fax: (925) 284-3029

E-Mail: jclaytor@foleymcintosh.com

Appointments Only:
1225 Solano Avenue
Albany, California 94706

June 9, 2010

Via Email and First Class Mail

CHW Group Inc.
Attention: Charles Dillon
510 Thornall Street
Edison, NJ, 08837

Re: *Old Republic Home Protection Company, Inc. v. CHW Group et al, United States District Court for the Northern District of California Case No. C-10-01079 SBA*

Dear Sir:

I am in receipt of your email of today's date.

CHW was given ample time to respond to the complaint, for example, CHW was served with a proposed waiver of service of summons more than 60 days ago, which it ignored, and on April 14, 2010 we sent CHW a letter advising that because it had failed to respond to the proposed waiver of service of the summons it had become necessary to actually personally serve CHW (through its designated agent). For your information a copy of that letter is attached.

With regard to a settlement demand, ORHP would agree to the following:

First, CHW must stipulate to a judgment that would restrain it from further misuse of ORPP's name/marks.

Second, CHW must pay ORHP its legal fees and costs incurred, in the amount of $8000.

If CHW is agreeable to the above, I will prepare a proposed judgment. If CHW is not agreeable, we will take CHW's default as set forth in my previous letter.

FOLEY McINTOSH FREY & CLAYTOR
Professional Corporation

By: ______________________________
James D. Claytor